IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUAN ANTONIO GUAJARDO LOPEZ,

    Plaintiff,

vs.                                  Civ. No. 22-36 JCH/SCY

HARPREET SINGH and EXCALIBUR TRUCKING, LLC,

    Defendants.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on United States Magistrate Judge Steven C. Yarbrough's August 19, 2022 Proposed Findings And Recommended Disposition ("PFRD"). Doc. 47. Judge Yarbrough recommended that the Court dismiss the claims against Defendant Harpreet Singh without prejudice for failure to effect timely service. *Id.* Judge Yarbrough notified the parties that they had 14 days from service of the PFRD to file any objections to the PFRD. *Id*. at 4. The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Furthermore, upon review of the PFRD, the Court concurs with Judge Yarbrough's findings and recommendation.

    **IT IS THEREFORE ORDERED THAT**:

1. The Court ADOPTS Judge Yarbrough's Proposed Findings and Recommended Disposition (Doc. 47);

2. All claims against Defendant Harpreet Singh are dismissed without prejudice.

**IT IS SO ORDERED**.

                                                               _____
                                                               SENIOR UNITED STATES DISTRICT JUDG