IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUAN ANTONIO GUAJARDO LOPEZ,
        Plaintiff,

v.                                                                                            No. 1:22-cv-00036-JCH/SCY

HARPREET SINGH and EXCALIBUR TRUCKING, LLC,
        Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court on the Joint Motion of Plaintiff Juan Antonio Guajardo Lopez and Defendant Excalibur Trucking, LLC. The Court, having reviewed the Motion and being fully advised that this matter has settled as to all claims, FINDS and ORDERS:

1. The Joint Motion for Dismissal With Prejudice is granted in its entirety.

2. The action is dismissed with prejudice, including but not limited to all claims asserted by Plaintiff against Defendant and all claims which could have been asserted by Plaintiff against Defendant.

3. Each party shall be responsible for payment of its own attorneys' fees and costs.

**IT IS SO ORDERED.**

                                                      SENIOR UNITED STATES DISTRICT JUDGE

SUBMITTED:

**RILEY | KELLER | ALDERETE | GONZALES**

By: */s/ Consuelo U. Garcia*
**MARK J. RILEY**
**CONSUELO U. GARCIA**
3880 Osuna Rd., NE
Albuquerque, NM 87109

(505) 883-5030
mriley@rileynmlaw.com
cgarcia@rileynmlaw.com
*Attorneys for Defendant Excalibur Trucking, LLC*


APPROVED:


By: */s/ Manuel H. Hernandez*
**MANUEL H. HERNANDEZ**
FADDUOL, CLUFF, HARDY & CONAWAY, P.C.
2469 E. 11th Street
Odessa, TX 79761
(432) 335-0399
mhernandez@fchclaw.com
*Attorney for Plaintiff*

2